**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **DOMINIQUE JEWETT, AND ALL OTHERS SIMILARLY SITUATED UNDER 29 USC 216(B)**<br>  *Plaintiff*,<br>  v.<br><br>**SUPERIOR HEALTHPLAN, INC. & CENTENE COMPANY OF TEXAS, L.P,**<br>  *Defendants*. | **Civil Action No. 3:16-cv-1068**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff discloses the following parties who have an interest in the outcome of this litigation:

## PLAINTIFF

1.  Dominique Jewett

2.  *Plaintiff's Counsel*
    J. Derek Braziel and Jay Forester; Lee & Braziel, LLP, including its partner

    Jack Siegel; Siegel Law Group

## DEFENDANTS

1.  Superior Healthplan, Inc.

2.  Centene Company of Texas, L.P.

3.  Defendants' Counsel

4.  All persons and entities listed on Defendants' Certificate of Interested Parties

Respectfully submitted,

  /s/ *Jack Siegel*            
**JACK SIEGEL**
*Co-Attorney in Charge*
Texas Bar No. 24070621
Siegel Law Group PLLC
10440 N. Central Expy.
Suite 1040
Dallas, Texas 75231
(214) 706-0834 phone
(469) 339-0204 fax
www.siegellawgroup.biz

**J. DEREK BRAZIEL**
*Co-Attorney in Charge*
Texas Bar No. 00793380
**JAY FORESTER**
Texas Bar No. 24087532
Lee & Braziel, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas  75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelawyer.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document will be served on Defendants with Plaintiff's Original Complaint and Summons.

  /s/J. Derek Braziel                
**J. DEREK BRAZIEL**