IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOMINIQUE JEWETT, AND ALL OTHERS SIMILARLY SITUATED UNDER 29 USC 216(B),<br><br>    Plaintiff<br><br>vs.<br><br>SUPERIOR HEALTHPLAN, INC. & CENTENE COMPANY OF TEXAS, L.P.,,<br><br>    Defendants. | § § § § § § § § § § § § § § | NO. CIVIL ACTION NO. 3:16-CV-01068-L |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Defendants Superior Healthplan, Inc. and Centene Company of Texas, L.P., by and through their attorneys, and Plaintiff, Dominique Jewett ("Plaintiff"), by and through her attorneys, hereby file this Joint Stipulation of Dismissal With Prejudice.

1.   On April 20, 2016, Plaintiff filed this cause of action. [Doc. No. 1].

2.   On June 1, 2016, this Court granted the parties' Joint Motion to Stay Proceedings pending settlement discussions. [Doc. No. 10].

3.   On September 16, 2016, this Court entered an order for the parties to submit a stipulation of dismissal by October 17, 2016. [Doc. No. 14].

4.   Accordingly, the parties stipulate that they have reached an out of court settlement and this action shall be dismissed, with prejudice, with each party to bear its own costs of this action and its own attorneys' fees.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – Page 1**

5. The parties have attached a Proposed Order of Dismissal with Prejudice hereto.

Respectfully submitted,

| | |
|---|---|
| */s/ J. Derek Braziel (w/permission)* | */s/ Saba H. Alvi* |
| J. Derek Braziel | Kimberly R. Miers |
| State Bar No. 00793380 | Texas State Bar No. 24041482 |
| J. Forester | Saba H. Alvi |
| State Bar No. 24087532 | Texas State Bar No. 24082324 |
| | |
| LEE & BRAZIEL, L.L.P. | LITTLER MENDELSON, P.C. |
| 1801 N. Lamar Street, Suite 325 | A Professional Corporation |
| Dallas, Texas 75202 | 2001 Ross Avenue |
| (214) 749-1400 phone | Suite 1500, Lock Box 116 |
| (214) 749-1010 fax | Dallas, TX 75201.2931 |
| www.overtimelawyer.com | 214.880.8100 |
| | 214.880.0181 (Fax) |
| JACK SIEGEL | kmiers@littler.com |
| Co-Attorney in Charge | salvi@littler.com |
| Texas Bar No. 24070621 | |
| | ATTORNEYS FOR DEFENDANTS |
| SIEGEL LAW GROUP PLLC | SUPERIOR HEALTHPLAN, INC. and |
| 10440 N. Central Expy. | CENTENE COMPANY OF TEXAS, L.P. |
| Suite 1040 | |
| Dallas, Texas 75231 | |
| (214) 706-0834 phone | |
| (469) 339-0204 fax | |
| www.siegellawgroup.biz | |
| | |
| ATTORNEYS FOR PLAINTIFF | |

Firmwide:143401205.1 084761.1004